■ FOUR CORNERS TENANT ASSOCIATION et al., Respondents,

v RICHARD L. HIGGINS, as Commissioner of the New York State Division of Housing and Community Renewal, Respondent, and LONDON TERRACE ASSOCIATES, Appellant, et al., Respondent.—Order and judgment (one paper), Supreme Court, New York County (Edward Lehner, J.), entered on March 19, 1990, unanimously affirmed for the reasons stated by Edward Lehner, J., without costs. No opinion. Concur—Murphy, P. J., Carro, Kupferman, Asch and Rubin, JJ.